UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Grant Moon,

          Plaintiff,

     v.

Baxter & Son Mechanical Company, Inc.,
Material Handling Systems, Inc. and DOES
1 through 20, inclusive,

          Defendants.

No. 2: 19-CV-01234-KJM-AC

AMENDMENT TO THE
SCHEDULING ORDER

       The parties jointly request (ECF No. 25) to amend dates in the pretrial scheduling order (ECF No. 19). Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | 12/18/2020 | 6/21/2021 |
| Expert Disclosures | 2/12/2021 | 8/16/2021 |
| Supplemental Expert Disclosures | 3/12/2021 | 9/13/2021 |
| Completion of Expert Discovery | 4/9/2021 | 10/12/2021 |
| All Dispositive Motions Hearing Date | 6/4/2021 | 12/17/2021 |
| File Joint Pretrial Conference Statement | N/A | N/A |
| Final Pretrial Conference | N/A | N/A |
| Trial Briefs Due | N/A | N/A |

/////

1

1      This amendment does not alter any other portions of the initial scheduling order (ECF No.

2   19).  This order resolves ECF No. 25.

3          IT IS SO ORDERED.

4

5   DATED:  December 14, 2020.

6                                          _____
                                           CHIEF UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28