CHARLES S. PAINTER (SBN 89045)
cpainter@ericksenarbuthnot.com
REBECCA L. MENENDEZ (SBN 262487)
rmenendez@ericksenarbuthnot.com
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Frederick R. Bentley, III (Pro Hac Vice)
rbentley@stites.com
Michael M. Denbow (Pro Hac Vice)
mdenbow@stites.com
STITES & HARBISON PPLC
400 West Market Street, Suite 1800
Louisville, KY  40202
(502) 587-3400 Telephone
(502) 587-6391 Facsimile

Attorneys for Defendant
MATERIAL HANDLING SYSTEMS, INC. dba KENTUCKY MATERIAL HANDLING SYSEMS, INC., a KENTUCKY CORPORATION and BAXTER & SON MECHANICAL COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MOON,<br><br>           Plaintiff,<br><br>      vs.<br><br>BAXTER & SON MECHANICAL COMPANY, INC., MATERIAL HANDLING SYSTEMS, INC. and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No.:   2:19-CV-01234-KJM-AC<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; SCHEDULING ORDER**<br><br>Action Filed: June 3, 2019<br>Trial Date: |

WHEREAS the court previously issued a scheduling order as noted below; WHEREAS based upon the challenges that COVID-19 has posed, and counsels' respective trial calendars, specifically plaintiff's counsel was in trial in *Darrin Braaten v. Kellogg USA, Inc., et al*., Case No. 15CV289372, venued in Santa Clara Superior Court in June 2021, the parties have agreed

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; SCHEDULING ORDER
19-058/PLEADING.018                - 1 -
RLM:kc

and stipulated between and amongst themselves, through their respective counsel to modify the scheduled as noted below:

| Case No. | 2:19-cv-01234-KJM-AC | | |
|---|---|---|---|
| Case Name: | Moon v. Baxter & Son Mechanical, et al. | | |
| MATTER | CURRENT DATE | PROPOSED NEW DATE | COURT'S ORDER |
| EXPERT DISCLOSURES | August 16, 2021 | March 16, 2022 | |
| EXPERT DISCLOSURE REBUTAL | September 13, 2021 | April 14, 2022 | |
| DISCOVERY CUT OFF | June 21, 2021 | December 22, 2021 | |
| LAST DAY TO HEAR DISPOSITIVE MOTIONS | December 6, 2021 | July 6, 2022 | |
| EXPERT DISCOVERY CLOSES | October 12, 2021 | May 12, 2022 | |

**IT IS SO STIPULATED:**

DATED:  July 14, 2021

    BOXER & GERSON, LLP

    */s/ Gary B. Roth as authorized on 7/14/2021*

By _____
    GARY B. ROTH
    Attorneys for Plaintiff, GRANT MOON

DATED: July 15, 2021

    ERICKSEN ARBUTHNOT

By _____
    CHARLES S. PAINTER
    REBECCA L. MENENDEZ
    Attorneys for Defendant
    MATERIAL HANDLING SYSTEMS, a
    KENTUCKY CORPORATION and BAXED
    & SONS MECHANICAL COMPANY

**ORDER**

Based on the stipulation of the parties, and on good cause appearing, the Court enters the foregoing stipulated scheduling order with one modification. The last day to hear dispositive motions will be July 8, 2022, as July 6 is not an available civil law and motion date.

**IT IS SO ORDERED**.

DATED:  August 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; SCHEDULING ORDER
19-058/PLEADING.018                - 4 -
RLM:kc