CHARLES S. PAINTER (SBN 89045)
cpainter@ericksenarbuthnot.com
REBECCA L. MENENDEZ (SBN 262487)
rmenendez@ericksenarbuthnot.com
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Frederick R. Bentley, III (Pro Hac Vice)
rbentley@stites.com
Michael M. Denbow (Pro Hac Vice)
mdenbow@stites.com
STITES & HARBISON PPLC
400 West Market Street, Suite 1800
Louisville, KY   40202
(502) 587-3400 Telephone
(502) 587-6391 Facsimile

Attorneys for Defendant
MATERIAL HANDLING SYSTEMS, INC. dba KENTUCKY MATERIAL HANDLING SYSEMS, INC., a KENTUCKY CORPORATION and BAXTER & SON MECHANICAL COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MOON,<br><br>         Plaintiff,<br><br>     vs.<br><br>BAXTER & SON MECHANICAL COMPANY, INC., MATERIAL HANDLING SYSTEMS, INC. and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No.:   2:19-CV-01234-KJM-AC<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; SCHEDULING ORDER**<br><br>Action Filed: June 3, 2019<br>Trial Date: |

WHEREAS the court previously issued a scheduling order as noted below; WHEREAS, based upon the challenges that COVID-19 has posed, and counsels' respective trial calendars, as well as the multiple depositions that still need to occur on both sides of this case, which involves

---

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER; SCHEDULING ORDER
19-058/PLEADING.020                       - 1 -
RLM:kc

a multi-million dollar construction project , the parties have agreed and stipulated between and amongst themselves, through their respective counsel to modify the schedule as noted below:

| Case No. | 2:19-CV-01234-KJM-AC | | |
|---|---|---|---|
| Case Name: | MOON V. BAXTER | | |
| MATTER | CURRENT DATE | PROPOSED NEW DATE | COURT'S ORDER |
| EXPERT DISCLOSURES | March 16, 2022 | September 16, 2022 | |
| EXPERT DISCLOSURE REBUTAL | April 14, 2022 | October 14, 2022 | |
| DISCOVERY CUT OFF | December 22, 2021 | June 22, 2022 | |
| LAST DAY TO HEAR DISPOSITIVE MOTIONS | July 6, 2022 | January 6, 2023 | |
| EXPERT DISCOVERY CLOSES | May 12, 2022 | November 10, 2022 | |

**IT IS SO STIPULATED:**

DATED:  December 6, 2021

                BOXER & GERSON, LLP

                */s/ Gary B. Roth as authorized on 12/6/2021*

By _____
                GARY B. ROTH
                Attorneys for Plaintiff, GRANT MOON

DATED: December 6, 2021

                ERICKSEN ARBUTHNOT

By _____
                CHARLES S. PAINTER
                REBECCA L. MENENDEZ
                Attorneys for Defendant
                MATERIAL HANDLING SYSTEMS, a
                KENTUCKY CORPORATION and BAXED
                & SONS MECHANICAL COMPANY

# ORDER

Based on the stipulation of the parties, and on good cause appearing, the court enters the foregoing stipulated scheduling:

| MATTER | CURRENT DATE | PROPOSED NEW DATE | COURT'S ORDER |
|---|---|---|---|
| EXPERT DISCLOSURES | March 16, 2022 | September 16, 2022 | |
| EXPERT DISCLOSURE REBUTAL | April 14, 2022 | October 14, 2022 | |
| DISCOVERY CUT OFF | December 22, 2021 | June 22, 2022 | |
| LAST DAY TO HEAR DISPOSITIVE MOTIONS | July 6, 2022 | January 27, 2023 | |
| EXPERT DISCOVERY CLOSES | May 12, 2022 | November 10, 2022 | |

**IT IS SO ORDERED**.

DATED:  December 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE