CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@ericksenarbuthnot.com
rmenendez@ericksenarbuthnot.com

Attorneys for Defendants
MATERIAL HANDLING SYSTEMS, INC. dba KENTUCKY MATERIAL HANDLING SYSTEMS, INC., a KENTUCKY CORPORATION and BAXTER & SON MECHANICAL COMPANY, INC.
and
Michael M. Denbow (Pro Hac Vice)
STITES & HARBISON PPLC
400 West Market Street, Suite 1800
Louisville, KY  40202
(502) 587-3400 Telephone
(502) 587-6391 Facsimile
mdenbow@stites.com

Attorneys for Defendant
MATERIAL HANDLING SYSTEMS, INC. dba KENTUCKY MATERIAL HANDLING SYSTEMS, INC., a KENTUCKY CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT MOON,<br><br>        Plaintiff,<br><br>     vs.<br><br>BAXTER & SON MECHANICAL COMPANY, INC., MATERIAL HANDLING SYSTEMS, INC. and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No. 2:19-CV-01234-KJM-AC<br><br>**JOINT STIPULATION OF THE PARTIES TO MODIFY COURT'S SCHEDULING ORDER AND ORDER**<br><br>Action Filed: June 3, 2019<br>Trial Date: None |

     This court issued its Status (Pretrial Scheduling) Order on December 4, 2019 (ECF No. 19). On December 15, 2020 pursuant to a joint stipulation of the parties this court issued its order Amending the initial Status (Pretrial Scheduling) Order (ECF No. 26). Pursuant to a Joint Stipulation of the parties this court on August 21, 2021 issued an order modifying the scheduling

order (ECF No. 34). On December 22, 2022 this court pursuant to a Joint Stipulation of the parties issued an order (ECF No. 37) amending the scheduling order. The current scheduling order provides:

1.    Fact discovery shall be completed by June 22, 2022;

2.    Experts are to be disclosed by September 16, 2022;

3.    Rebuttal experts are to be disclosed by October 14, 2022;

4.    Expert Discovery closes on November 10, 2022;

5.    Dispositive Motions must be heard by January 27, 2023.

The parties agree and stipulate between and amongst themselves, thorough their respective counsel to modify the current scheduling order (ECF No. 37) in order to complete the necessary discovery to prepare this case for trial.

There is good causes to modify the current scheduling order and those grounds are as follows: first, the COVID-19 pandemic has slowed down the discovery process.  Second, defendants have been diligently attempting to take the 30b6 deposition of plaintiff's employer, United Parcel Service, Inc. and schedule an inspection of the accident site at the United Parcel Services, Inc. facility where the incident took place. The 30b6 deposition of United Parcel Service, Inc. has been scheduled on August 21, 2022, November 3, 2020, April 28, 2021 and April 6, 2022. United Parcel Service, Inc. has retained counsel.  The attorneys for defendants have been diligently working with the attorneys for United Parcel Service, Inc. to get this critical deposition completed before the fact discovery cut off of June 22, 2022 but have been unable to accomplish this.   Third, the attorneys for the plaintiff have noticed the depositions of:

a)   Rick Wihlon former employee of Defendant Material Handling Systems for July 11, 2022;

b)  Rick Davidson, former employee of Defendant, Material Handling Systems on July 11, 2022;

c)  Lovelyn George, former employee of Defendant, Material Handling Systems, on July 12, 2022;

///

d) Lonnie L. Crutcher, current employee of Defendant, Material Handling Systems, on July 12, 2022;

e) George Durkee, current employee of Defendant, Material Handling Systems, Inc. on July 20, 2022

f) Gary Rickets on July 21, 2022;

g) Amber Wyckoff a former employee of Defendant, Baxter & Son Mechanical Company, Inc. on July 14, 2022;

h) Joey Osborne on July 14, 2022. Mr. Osborne is a possible witness to the incident and worked for a subcontractor on the project.

i) Kasi Montgomery a United Parcel Services, Inc. employee on July 15, 2022;

j) Kyle LaFound, a United Parcel Services, Inc. employee on July 15, 2022;

k) Walter Harris, a United Parcel Services, Inc. employee on July 15, 2022;

The eleven depositions were unilaterally noticed for dates after fact discovery had closed and counsel for the defendants are unavailable on any of the July dates for these elven depositions so all of them will have to be rescheduled. Additionally lead counsel for the defense has a very heavy calendar in July and August.

The attorneys for the defendants noticed the following deposition before the close of fact discovery but none were able to take place:

a) Walter Harris

b) Kyle Lafound;

c) 30b6 of Machinist Local 2128

d) 30b6 of United Parcel Service, Inc.

e) Devinder Makker, M.D.

f) Ramana Adapa, M.D.

Plaintiff continues to treat for the injuries he alleges he sustained in the industrial accident giving rise to this action.

///

///

On October 28, 2020 that parties participated in an early mediation session with mediator Ernest A.  Long. The parties are interested in another mediation once the above fact discovery and expert discovery has been completed.

Counsel for the plaintiff has been unavailable since May of 2022 due to the illness and death of his brother.  Mr. Roth's brother resided in Florida and Mr. Roth was advised in May of 2023 that his brother's condition was terminal and that death was likely within several weeks. Mr. Roth immediately traveled to Florida to be with his family.  Although Mr. Roth's brother outlived the prognosis of three to four weeks, he died on July 4, 2022.  Mr. Roth remained in Florida to assist his sister-in-law with the affairs of his brother.  Mr. Roth has recently returned to California, but not before contracting Covid-19 (likely during the Florida travel).  Mr. Roth is still recovering from Covid-19.  As a consequence of his brother's illness, brother's death the Covid-19, Mr. Roth has not been available to participate fully in the discovery phase of this matter or the preparation for trial.

The parties have agreed to the following modified scheduling order:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Last Day to Conduct Settlement/ ADR Proceedings | | June 1, 2023 |
| Non-Discovery Pre-Trial Motions (excluding motions *in limine* and Daubert motions) | | May 15, 2023 |
| Expert Discovery Closes | November 10 2022 | March 15, 2023 |
| Rebuttal Expert Disclosures | October 14, 2022 | February 1, 2023 |
| Expert Disclosures | September 16, 2022 | December 16, 2022 |
| Fact Discovery Cut Off | June 22, 2022 | September 30, 2022 |

///

///

///

///

1    **IT IS SO STIPULATED:**

2

3    DATED:  July 12, 2022

4                                                          BOXER & GERSON, LLP

5

6                                                By    /s/Gary B. Roth (as authorized 7-12-22)

7                                                      GARY B. ROTH
                                                      Attorneys for Plaintiff
                                                      GRANT MOON
8    DATED: July 12, 2022

9                                                          ERICKSEN ARBUTHNOT

10
                                                By
11
                                                      CHARLES S. PAINTER
12                                                    REBECCA L. MENENDEZ
                                                      Attorneys for Defendants
13                                                    MATERIAL HANDLING SYSTEMS, a
                                                      KENTUCKY CORPORATION and
14                                                    BAXTER & SON MECHANICAL
                                                      COMPANY, INC.
15

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## ORDER

Good cause appearing, the court grants the parties' request to modify the existing scheduling order.  The parties shall be governed by the following pretrial deadlines:

| EVENT | OLD DATE | NEW DATE |
|---|---|---|
| Last Day to Conduct Settlement/ ADR Proceedings | | June 1, 2023 |
| Non-Discovery Pre-Trial Motions (excluding motions *in limine* and Daubert motions) | | May 12, 2023 |
| Expert Discovery Closes | November 10 2022 | March 15, 2023 |
| Rebuttal Expert Disclosures | October 14, 2022 | February 1, 2023 |
| Expert Disclosures | September 16, 2022 | December 16, 2022 |
| Fact Discovery Cut Off | June 22, 2022 | September 30, 2022 |

**IT IS SO ORDERED**.

DATED:  July 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE