1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   CHARLES S. PAINTER, SB# 89045
2  E-Mail: Charles.Painter@lewisbrisbois.com
   REBECCA L. MENENDEZ, SB# 262487
3  E-Mail: Rebecca.Menendez@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile: 916.564.5444

6  Attorneys for Defendants
   MATERIAL HANDLING SYSTEMS, INC. dba
7  KENTUCKY MATERIAL HANDLING SYSTEMS, INC.,
   a KENTUCKY CORPORATION and BAXTER & SON
8  MECHANICAL COMPANY, INC.

9  **STITES & HARBISON PPLC**
   Michael M. Denbow (Pro Hac Vice)
10 E-Mail: mdenbow@stites.com
   400 West Market Street, Suite 1800
11 Louisville, KY 40202
   Telephone: 502.587.3400
12 Facsimile: 502.587.6391

13 Attorneys for Defendant
   MATERIAL HANDLING SYSTEMS, INC. dba
14 KENTUCKY MATERIAL HANDLING SYSTEMS,
   INC., a KENTUCKY CORPORATION

15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18 | GRANT MOON,                              | Case No. 2:19-CV-01234-KJM-AC
19 |        Plaintiff,                        | **JOINT STIPULATION OF THE PARTIES TO MODIFY COURT'S SCHEDULING ORDER AND [PROPOSED] ORDER**
20 |   vs.                                    |
21 | BAXTER & SON MECHANICAL COMPANY, INC., MATERIAL HANDLING SYSTEMS, INC. and DOES 1 through 20, inclusive, |
22 |                                          |
23 |        Defendants.                       |
24

25     This court issued its Status (Pretrial Scheduling) Order on December 4, 2019 (ECF No. 19).

26 On December 15, 2020 pursuant to a joint stipulation of the parties this court issued its order

27 Amending the initial Status (Pretrial Scheduling) Order (ECF No. 26). Pursuant to a Joint Stipulation

28 of the parties this court on August 21, 2021 issued an order modifying the scheduling order (ECF No.

4870-0623-5216.1

Moon v. Baxter & Son Mechanical Company, Inc.

34). On December 22, 2021 this court pursuant to a Joint Stipulation of the parties issued an order (ECF No. 37) amending the scheduling order. On July 13, 2022, the court again amended the scheduling order (ECF No. 38). Then on December 23, 2022, the court amended the scheduling order dates (ECF No. 47). Of those dates recently amended, the parties agree and stipulate between and amongst themselves, thorough their respective counsel to modify the current order as to the fact discovery cut off so that the necessary discovery to prepare this case for trial can be completed. The proposed new date is listed below.

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Fact Discovery Cut Off | March 1, 2023 | May 31, 2023 |

The parties agree and stipulate that there is good cause for the modification as follows:

The parties mistakenly put the incorrect date for the close of fact discovery in the last stipulation. The parties require until May 31, 2023 to complete fact discovery due to the following:

Defendants, MATERIAL HANDLING SYSTEMS, INC. dba KENTUCKY MATERIAL HANDLING SYSTEMS, INC., a KENTUCKY CORPORATION and BAXTER & SON MECHANICAL COMPANY, INC. (hereinafter Defendants), were initially represented by Charles S. Painter and Rebecca Menendez when they were with the law firm of Ericksen Arbuthnot. Charles S. Painter had been an equity partner in that law firm for 38 years. Ericksen Arbuthnot has been in business for almost 80 years. Ericksen Arbuthnot is now in the process of dissolving and appointing a trustee to manage the dissolution of Ericksen Arbuthnot. Ericksen Arbuthnot is going to cease doing business on December 31, 2022. In the summer of this year, Charles S. Painter determined that it was in the best interest of his clients and himself that he resign from Ericksen Arbuthnot. Charles S. Painter resigned from Ericksen Arbuthnot in August of this year and in September of this year Charles S. Painter accepted a position as a partner with the law firm of Lewis Brisbois Bisgaard Smith LLP. Mr. Painter transitioned his entire team and approximately 100 active litigation files to Lewis Brisbois. This transition process has been complicated by the fact that Ericksen Arbuthnot is in the process of dissolving and many of this partners and staff have resigned to seek employment at other firms. The transition process is ongoing. Additionally, my colleague assisting me on this matter,

Rebecca Menendez, tested for positive for COVID in September during the transition.  She, again, tested positive on November 22,2022 and has had complications and is still on sick leave.

There is further good cause to modify the current scheduling order in that there are additional depositions that each party would like to complete. Counsel for plaintiff wishes to depose:

a) Rick Wihlon former employee of Defendant Material Handling Systems, Inc.;

b) Rick Davidson, former employee of Defendant, Material Handling Systems, Inc.;

c) Lovelyn George, former employee of Defendant, Material Handling Systems, Inc.;

d) Lonnie L. Crutcher, current employee of Defendant, Material Handling Systems, Inc.;

e) George Durkee, current employee of Defendant, Material Handling Systems, Inc.;

f) Gary Rickets;

g) Amber Wyckoff a former employee of Defendant, Baxter & Son Mechanical Company, Inc.;

h) Joey Osborne on Mr. Osborne is a possible witness to the incident and worked for a subcontractor on the project;

i) Kasi Montgomery a United Parcel Services, Inc. employee;

j) Kyle LaFound, a United Parcel Services, Inc. employee;

k) Walter Harris, a United Parcel Services, Inc. employee; and

l) George Jersey.

The attorneys for the defendants wish to take the following depositions:

a) Walter Harris, a United Parcel Services, Inc. employee;

b) Kyle Lafound, a United Parcel Services, Inc. employee;

c) 30b6 of Machinist Local 2128;

d) 30b6 of United Parcel Service, Inc.;

e) Devinder Makker, M.D.;

f) Ramana Adapa, M.D.;

g) Person Most Knowledgeable for UPS; and

h) Dr. Zhiqiang Chen.

Further, Plaintiff continues to be treated for the injuries he alleges he sustained in the industrial



accident giving rise to this action.

      Moreover, the parties wish to conduct another mediation. On October 28, 2020, the parties participated in an early mediation session with mediator Ernest A. Long. The parties are interested in having another mediation once the above fact discovery and expert discovery has been completed. The parties have selected Robert Davies as their mediator and expect to be able to mediate the case once discovery is completed.

**IT IS SO STIPULATED:**

DATED: February ___, 2023      BOXER & GERSON, LLP

By: _____
    GARY B. ROTH
    Attorneys for Plaintiff
    GRANT MOON

DATED: February ___, 2023      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
    CHARLES S. PAINTER
    REBECCA L. MENENDEZ
    Attorneys for Defendants
    MATERIAL HANDLING SYSTEMS, a
    KENTUCKY CORPORATION and BAXTER &
    SON MECHANICAL COMPANY, INC.

# ORDER

Based upon the good cause shown in the Joint Stipulation of the Parties to Modify Court's Scheduling Order Dated December 23, 2023 (ECF No. 47), the Court grants the parties' request to modify the existing scheduling order. The Court will issue a modified Scheduling Order reflecting the new dates consistent with the parties' stipulation and based upon the Court's availability. Counsel shall be governed by the following pretrial deadline:

| EVENT | OLD DATE | NEW DATE |
| --- | --- | --- |
| Fact Discovery Cut Off | March 1, 2023 | May 31, 2023 |

**IT IS SO ORDERED**.

DATED: March 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE